DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELI PINSONAULT,<br>　　　　　　　Defendant. | 2:13-CR-051-JAD-CWH<br><br>MOTION AND ORDER TO DISMISS INDICTMENT AS TO DEFENDANT ELI PINSONALT |

The United States of America by DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and Kimberly M. FraynAssistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant ELI PINSONAULT contained in the Indictment in case number **2:13-CR-051-JAD-CWH**.

DATED this _3rd day of June, 2014.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

CERTIFICATE OF SERVICE

I, Kimberly M. Frayn, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and further certify that a copy of the foregoing motion was served electronically upon counsel for the defendant by the EM/ECF electronic system.

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ELI PINSONAULT,<br><br>            Defendant. | 2:13-CR-051-JAD-CWH<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT AS TO DEFENDANT ELI PINSONAULT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant ELI PINSONAULT contained in the Indictment in case number 2: 2:13-CR-051-JAD-CWH.

                    Respectfully submitted,

                    DANIEL G. BOGDEN
                    United States Attorney

                    /s/ Kimberly M. Frayn
                    KIMBERLY M. FRAYN
                    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant ELI PINSONAULT contained in the Indictment in case number 2: 2:13-CR-051-JAD-CWH without prejudice.

DATED this 3rd day of June, 2014.

                    _____
                    UNITED STATES DISTRICT JUDGE